**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Paul Junior KENNEDY, a.k.a. Gary**
**Simmonds, Defendant–**
**Appellant.**

No. 14–15018

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 4, 2015.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Julie Hackenberry, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Gerald Bettman, Law Offices of Gerald S. Bettman, Jacksonville, FL, for Defendant–Appellant.

Before ED CARNES, Chief Judge, and MARCUS and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Gerald S. Bettman, appointed counsel for Paul Junior Kennedy, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Kennedy's conviction and sentence are **AFFIRMED.**